| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Paul J. Ultimo, Esq.**<br>**Ultimo Law Firm, P.C.**<br>**4 Park Plaza, Suite 640**<br>**Irvine, CA 92614**<br>**(949) 851-0300**<br>California State Bar Number: 179950<br><br>☐ *Individual appearing without counsel*<br><br>☒ *Attorney for Debtor: DIANE ISABELLE MARQUEZ* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br><br>**Diane Isabelle Marquez**<br><br><br><br>Debtor. | CHAPTER: **13**<br>CASE NO. **2:10-bk-45858-AA**<br>---<br>SECTION 341(a) MEETING OF CREDITORS:<br>DATE:<br>TIME:<br>HEARING ROOM:<br><br>CONFIRMATION HEARING:<br>DATE: **2/24/2011**<br>TIME: **10:00 AM**<br>PLACE: **255 E. Temple St., Los Angeles, CA 90012**<br>CTRM: **1375**<br><br>DEADLINE FOR OBJECTIONS TO PLAN: **12/21/2010***<br>(*7 days before the Section 341(a) meeting) |

## NOTICE OF CONTINUED HEARING ON CONFIRMATION OF AMENDED CHAPTER 13 PLAN

1. **NOTICE IS HEREBY GIVEN** to all creditors and other interested parties that on the above date and time and in the indicated courtroom, debtor(s) will seek court approval of the Amended Chapter 13 Plan and Plan Addendum.

2. **Section 341(a) Meeting Location:**
   - ☐ 725 South Figueroa Street, Room 103, Los Angeles
   - ☐ 21051 Warner Center Lane, Suite 115, Woodland Hills
   - ☐ 3420 Twelfth Street, Riverside
   - ☐ 411 West Fourth Street, Room 1-154, Santa Ana
   - ☐ 128 East Carrillo Street, Santa Barbara

3. **Chapter 13 Plan Confirmation Hearing Location:**
   - ☒ 255 E. Temple Street, Los Angeles, Ctrm. 1375
   - ☐ 21041 Burbank Boulevard, Woodland Hills
   - ☐ 3420 Twelfth Street, Riverside
   - ☐ 411 West Fourth Street, Santa Ana
   - ☐ 1415 State Street, Santa Barbara

4. **OBJECTIONS TO PLAN:** If you wish to object to the confirmation of the Chapter 13 plan, you must file a written objection with the Bankruptcy Court and serve a copy of it upon the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee before the deadline set forth above. Unless you timely file a written objection to the plan and appear at the confirmation hearing, the Court may treat your failure to do so as a waiver of your right to object to the plan, and may approve the plan.

5. **APPEARANCE BY DEBTOR(S) AND THE ATTORNEY FOR THE DEBTOR(S) IS REQUIRED AT BOTH THE SECTION 341(a) MEETING AND THE CONFIRMATION HEARING.** If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is ready for confirmation, the trustee may, but is not required to, stipulate that the debtors and counsel are excused from appearance at the confirmation hearing (if the assigned judge permits the trustee to waive appearances). If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is NOT ready for confirmation, the trustee may, but is not required to, continue the Section 341(a) meeting and/or the confirmation hearing to a later date. **Unexcused failure by the debtor(s) to appear at either the Section 341(a) meeting or the confirmation hearing may result in dismissal of the case. The dismissal order may include a prohibition on filing any other bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g).**

Dated:   **January 24, 2011**

Signature of Debtor(s) or Attorney for Debtor(s)
**Ultimo Law Firm, P.C.**
*Print Law Firm Name (if applicable)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Case 2:10-bk-45858-AA   Doc 45   Filed 01/26/11   Entered 01/26/11 16:23:19   Desc
Main Document      Page 2 of 4
Notice of Chapter 13 Confirmation - *Page 2 of 2*

**F 3015-1.2**

| In re<br><br>**Diane Isabelle Marquez** | CHAPTER **13** |
|---|---|
| Debtor(s). | CASE NO.: **2:10-bk-45858-AA** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Ultimo Law Firm, P.C., 4 Park Plaza, Suite 640, Irvine, CA 92614**

A true and correct copy of the foregoing documents described as **NOTICE OF CONTINUED HEARING ON CONFIRMATION OF AMENDED CHAPTER 13 PLAN AND PLAN ADDENDUM**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 24, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Doyna V. Dardon, Esq.                                 bknotice@mccarthyholthus.com
Mehrdaud Jafarnia, Esq.
Attorney for BAC Home Loans Servicing, LP

Kathy A Dockery (TR)                                  efiling@CH13LA.com

United States Trustee (LA)                            ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On January 26, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 26, 2011** | **Jeannie Henschel** | *Jeannie Henschel* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                          **F 3015-1.2**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                          Best Case Bankruptcy

**F 3015-1.2**

| In re | CHAPTER **13** |
|---|---|
| **Diane Isabelle Marquez** | |
| Debtor(s). | CASE NO.: **2:10-bk-45858-AA** |

## ADDITIONAL SERVICE INFORMATION:
### II.      Served by First Class Mail

American Express Centurion Bank
c/o Becket and Lee, LLP
Thomas A. Lee III, Esq.
Attorney/Agent for Creditor
P.O. Box 3001
Malvern, PA 19355-0701

Enedina Sarabia De Gonzalez
c/o Caroline Ann Molloy, Esq.
The Molloy Law Firm
17330 Brookhurst Street, Suite 220
Fountain Valley, CA 92708

Joseph Garibyan, Esq.
Prober & Rafael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

Big Lots
P.O. Box 15521
Wilmington, DE 19850-5521

Capital Management Services, LP.
726 Exchange Street, Ste. 700
Buffalo, NY 14210

Career Development
P.O. Box 507
Voorhees, NJ 08043

CashCall
P.O. Box 66007
Anaheim, CA 92816

CBE Group, Inc.
Payment Processiong Center
PO BOX 2695
Waterloo, IA 50704-2695

Chase
P.O. Box 15548
Wilmington, DE 19886-5548

Chase Card member Services
P.O. Box 94014
Palatine, IL 60094-4014

Citi
P.O. Box 6004
Sioux Falls, SD 57117

AT&T
P.O. Box 6500
Sioux Falls, SD 57117-6500

Bank of America
P.O. Box  301200
Los Angeles, CA 90030-1200

Beneficial
P.O. BOX 8873
Virginia Beach, VA 23450-8873

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 3015-1.2**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Case 2:10-bk-45858-AA   Doc 45   Filed 01/26/11   Entered 01/26/11 16:23:19   Desc
Main Document      Page 4 of 4
Notice of Chapter 13 Confirmation - *Page 2 of 2*

**F 3015-1.2**

| In re | CHAPTER **13** |
|---|---|
| **Diane Isabelle Marquez** | |
| Debtor(s). | CASE NO.: **2:10-bk-45858-AA** |

Citi Mastercard
P.O. Box 689182
Des Moines, IA 50368-8901

Delbert Services Corporation
7125 Pollock Drive
Las Vegas, NV 89119

Downey Regional Medical Center
P.O. Box 51984
Los Angeles, CA 90051

Downey Savings
3121 Michelson Drive, Suite 300
Irvine, CA 92612

Enagic USA, Inc.
4115 Spencer Street
Torrance, CA 90503

Exxon Mobil
Credit Card Center
P.O. Box 688940
Des Moines, IA 50368-8940

GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

HFC
P.O. Box 3425
Buffalo, NY 14240

Home Depot Credit Services
P.O. Box 653000
Dallas, TX 75265

Houston Funding II, LTD.
P.O. Box 572233
Houston, TX 77027-2233

LTD Financial Services, L.P.
P.O. BOX 630788
Houston, TX 77263-0788

Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442

Nick Iezza, Esq.
Spiwak & Iezza, LLP
555 Marin St., Suite 140
Thousand Oaks, CA 91360

Northland Group Inc.
P.O. Box 390905
Minneapolis, MN 55439

Redline Recovery Services, LLC
11675 Rainwater Drive, Suite 350
Alpharetta, GA 30009

Sears Card
P.O. Box 6283
Sioux Falls, SD 57117-6283

T-Mobile
P.O. Box 2400
Young America, MN 55553-2400

Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317

U.S. Bank
Attn: Bankruptcy Department
Home Mortgage
3121 Michelson Drive, 5th Floor
Irvine, CA 92612

US BANK
P.O. BOX 2407
Minneapolis, MN 55402-9998

Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

Wells Fargo Card Services
P.O. Box 30086
Los Angeles, CA 90030

Weltman, Weinberg & Reis, Co.
P.O. Box 93784
Cleveland, OH 44101

Zwicker & Associates, P.C.
Raymond J. Lee, Esq.
199 S. Los Robles Avenue, Suite 410
Pasadena, CA 91101

NCO Financial Systems Inc.
P.O. BOX 15773
Wilmington, DE 19850-5773

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.